Kenneth SUEL, Plaintiff-Appellant,

v.

Jack ADDINGTON et al., Defendants-Appellees.

No. 71-2379.

United States Court of Appeals, Ninth Circuit.

Sept. 26, 1972.

Rehearing Denied Nov. 6, 1972.

Victor Frank SZIJARTO, Petitioner-Appellant,

v.

Louis S. NELSON, Warden, Respondent-Appellee.

No. 72-1277.

United States Court of Appeals, Ninth Circuit.

Sept. 22, 1972.

M. Ashley Dickerson (argued), Anchorage, Alaska, for plaintiff-appellant.

B. Richard Edwards, Asst. Atty. Gen. (argued), John E. Havelock, Atty. Gen., Anchorage, Alaska, for defendants-appellees.

Before MERRILL, DUNIWAY and TRASK, Circuit Judges.

PER CURIAM:

Contending that his employment by the State of Alaska was terminated as the result of a conspiracy founded upon racial discrimination, appellant has brought suit against the alleged conspirators under the Civil Rights Act, 42 U.S.C. § 1981 et seq. The District Court found that appellant had failed to prove that his discharge was due to racial discrimination. The findings were not clearly erroneous.

The District Court further found that appellant's claims were frivolous and that his counsel had so vexatiously multiplied proceedings as to increase costs. It held appellees entitled to costs under 28 U.S.C. § 1927 in the sum of $100. Upon this record this did not constitute abuse of discretion.

Judgment affirmed.

Victor Frank Szijarto, in pro. per.; Robert Michael Zweig, of Hodge, Green & Zweig, San Francisco, Cal., for petitioner-appellant.

Evelle J. Younger, Cal. Atty. Gen., San Francisco, Cal., for respondent-appellee.

Before CHAMBERS, MERRILL and TRASK, Circuit Judges.

PER CURIAM:

The order denying a writ of habeas corpus is affirmed.

Only the Miranda (Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694) needs mention.

There was no objection at the trial that a Miranda warning had not been given. An officer testified that Szijarto said the rape victim had not been to Szijarto's apartment. In the whole trial this statement was unimportant. The proof was overwhelming. And, Szijarto later took the stand and admitted the girl had been to his apartment, but denied the rape. We cannot say that Szijarto was impelled to take the stand by the one statement made by the officer.

Here Miranda is only a flyspeck.